■ MAX SIMON, Appellant, v. JOSEPH D. STIM, Respondent.— In an action to recover damages for libel, the appeal is from an order granting a motion for judgment on the pleadings and from the judgment entered in accordance therewith dismissing the complaint. Order and judgment unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Present — Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ. [11 Misc 2d 653.]

## (February 24, 1960)

■ KALL & KALL, INC., Appellant, v. HARRY NUSSBAUM et al., Respondents, et al., Defendants.— Respondents moved at Special Term to dismiss for insufficiency eight of the causes of action contained in the complaint. The motion was granted in part and denied in part, the order to be settled on notice. Respondents submitted a proposed order with notice of settlement. Appellant submitted a counter proposed order. Respondents' order was signed, with the change suggested in appellant's counter proposed order. The order was entered on October 27, 1959. Respondents served a copy of the order with notice of entry on November 2, 1959. Appellant served its notice of appeal on December 1, 1959. Motion to dismiss appeal granted, without costs, and appeal dismissed. The notice of appeal was not timely served. (*Matter of Stern Bros.* [*Livingston*], 2 A D 2d 553, affd. 3 N Y 2d 964.) The rule that, under the circumstances of this case, the time to appeal starts to run from the date of entry of the judgment or order appealed from applies only where the judgment or order is required to be settled on notice, where both sides submit proposed judgments or orders. This rule applies only in the counties where the Civil Practice Act provides for automatic entry of the judgment or order appealed from. (Civ. Prac. Act, § 1557 *et seq.*) Present — Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

## (February 29, 1960)

■ In the Matter of the Arbitration between SAMUEL MARTZ, Respondent, and MORRIS L. MARTZ, Appellant, and BENJAMIN MARTZ, Respondent.— Motion to dismiss appeal from an order dated July 30, 1954 which, *inter alia*, confirmed an arbitration award on the ground that appellant has failed to prosecute the appeal and on the further ground that appellant has abandoned the appeal by appealing from an order dated January 19, 1960 which granted appellant's motion for reargument and on reargument adhered to the original decision. Motion granted and appeal from order entered July 30, 1954 dismissed, without costs. By appealing from the order dated January 19, 1960 appellant waived the right to prosecute the appeal from the order dated July 30, 1954. (*Manfra v. City of New York*, 6 A D 2d 817.) Present — Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ SYLVIA MINER et al., Appellants, v. CITY OF YONKERS et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Acting P. J., Kleinfeld, Christ and Pette, JJ.; Brennan, J., not voting.